# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AZIZALLY S. VIRANI and ALINA A. VIRANI,**

          **Plaintiffs,**

**-vs-**                                                               **Case No. 6:09-cv-511-Orl-22DAB**

**HOMEFIELD FINANCIAL, INC.;**
**SELECT PORTFOLIO SERVICING, INC.;**
**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEM, INC.; U.S.**
**BANK NATIONAL ASSOCIATION,**

          **Defendants.**

_____

## RELATED CASE ORDER
### DIRECTED TO DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

**RELATED CASE ORDER:**   No later than **July 20, 2009**, counsel for Defendant shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The Defendant shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2009.

                                                                           ANNE C. CONWAY
                                                                            Anne C. Conway [22]
                                                                Chief United States District Judge

Attachments:   Notice of Pendency of Other Actions [mandatory form]


Copies to:    All Counsel of Record
              All *Pro Se* Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AZIZALLY S. VIRANI and ALINA A. VIRANI,**

        **Plaintiffs,**

v.   Case No. 6:09-cv-511-Orl-22DAB

**HOMEFIELD FINANCIAL, INC.;**
**SELECT PORTFOLIO SERVICING,**
**INC.; MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEM, INC.; U.S.**
**BANK NATIONAL ASSOCIATION,**

        **Defendants.**
_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated:

_____
Counsel of Record or Pro Se Party
   [Address and Telephone]