UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:09-CV-00511-ACC-DAB
Chief Judge Anne C. Conway
Magistrate Judge David A. Baker



FILED
2009 JUL 16 PM 2: 10
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

AZIZALLY S. VIRANI, and
ALINA A. VIRANI,

    Plaintiffs,

v.

HOMEFIELD FINANCIAL, INC.;
SELECT PORTFOLIO SERVICING,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., as
nominee of Homefield Financial, Inc.; and
U.S. BANK NATIONAL ASSOCIATION,
as trustee, on behalf of the holders of the
Home Equity Trust 2005-6 Home Equity
Pass-Through Certificates, Series 2005-6,

    Defendants.
_____/

**NOTICE OF CONVENTIONAL FILING OF THE ORIGINAL SUMMONS AND PROOF OF SERVICE ON U.S. BANK NATIONAL ASSOCIATION, as trustee, on behalf of the holders of the Home Equity Trust 2005-6 Home Equity Pass-Through Certificates, Series 2005-6**

Notice is hereby given that Plaintiffs have served the Summons and Complaint in the above captioned action on Defendant, U.S. BANK NATIONAL ASSOCIATION, as trustee, on behalf of the holders of the Home Equity Trust 2005-6 Home Equity Pass-Through Certificates, Series 2005-6 as evidenced by the Proof of Service of Summons and Complaint attached hereto showing service of process was perfected on June 16, 2009, which is being filed with the Court.

Respectfully submitted,

_____
Alina A. Virani
2339 Princess Deanna Lane
Katy, TX 77493

*Pro Se Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and correct copy of the foregoing document by U.S. Mail to **ROBERT M. BROCHIN, ESQUIRE**, *Morgan, Leewis & Brockins, LLP* (counsel for Defendant MERS), 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339 on this 13th day of July 2009.

_____
Alma A. Virani, *Pro Se Plaintiff*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-CV-511-ACC-DAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* US Bank National Association
was received by me on *(date)* 06/16/09 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sherry Risher , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Bank N.A. on *(date)* 6/16/2009 11:50 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/16/2009

_____
Server's signature

William Kevin Hoctor
Printed name and title

387 Broadway St #6 Loveland OH 45140
Server's address

Additional information regarding attempted service, etc:

MAGIC PROCESS, LLC
1801 E. COLONIAL DR. STE 108
ORLANDO, FL. 32803

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Azizally S. Virani and Alina A. Virani | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 09-CV-511-ACC-DAB |
| Homefield Financial, Inc., et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Bank National Assoc., as trustee obo HEAT2005-6
Home Equity Pass-Through Certificates, Series 2005-6
425 Walnut Street
Cincinnati, OH 45202

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Azizally A. Virani and Alina A. Virani
2339 Princess Deanna Lane
Katy, TX 77493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/13/09

_Signature of Clerk or Deputy Clerk_