# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AZIZALLY S. VIRANI and  ALINA A. VIRANI,**

      **Plaintiffs,**

**-vs-**                                              Case No.  6:09-cv-511-Orl-22DAB

**HOMEFIELD FINANCIAL, INC.;**
**SELECT PORTFOLIO SERVICING, INC.;**
**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEM, INC.; U.S.**
**BANK NATIONAL ASSOCIATION,**

      **Defendants.**

_____

## ORDER

On July 28, 2009 Defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association filed a Motion to Dismiss (Doc. Ho. 22).  Since Plaintiffs are appearing *pro se*, they are advised that the granting of this motion would represent a final adjudication of this case which may foreclose subsequent litigation on the matter as to those defendants .

The Plaintiff shall respond to the motion to dismiss on or before **August 24, 2009**.  The failure to respond to the motion will result in the dismissal of this case for failure to prosecute under Local Rule 3.10.  If the Plaintiff files a timely response, the motion will be taken under advisement and an order will be entered thereon without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 31, 2009.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party