**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AZIZALLY S. VIRANI and ALINA A. VIRANI,**

           **Plaintiffs,**

-vs-                                    Case No. 6:09-cv-511-Orl-22DAB

**HOMEFIELD FINANCIAL, INC.;**
**SELECT PORTFOLIO SERVICING, INC.;**
**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEM, INC.; U.S.**
**BANK NATIONAL ASSOCIATION,**

           **Defendants.**

_____

**ORDER**

This cause comes before the Court on U.S. Bank National Association's Certificate of Interested Persons and Corporate Disclosure Statement (Doc. No. 24).

Based on the foregoing, it is ordered as follows:

1.     No later than August 14, 2009 Defendant U.S. Bank National Association shall advise the Court if the results of this litigation have the potential to substantially harm U.S. Bancorp's balance sheet.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 31, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
ANNE C. CONWAY
United States District Judge