UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:09-CV-00511-ACC-DAB
Chief Judge Anne C. Conway
Magistrate Judge David A. Baker

AZIZALLY S. VIRANI, and
ALINA A. VIRANI,

    Plaintiffs,

v.

HOMEFIELD FINANCIAL, INC.;
SELECT PORTFOLIO SERVICING,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., as
nominee of Homefield Financial, Inc.; and
U.S. BANK NATIONAL ASSOCIATION,
as trustee, on behalf of the holders of the
Home Equity Trust 2005-6 Home Equity
Pass-Through Certificates, Series 2005-6,

    Defendants.
_____/

**CASE MANAGEMENT REPORT**

Plaintiffs Azizally and Alina Virani, and Defendants, U.S. Bank National Association, as Trustee ("U.S. Bank"), Select Portfolio Servicing, Inc. ("SPS"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, the "Parties") have agreed on the following dates and discovery plan pursuant to Fed. R. Civ. P. 26(f) and Local Rule 3.05(c):

| **DEADLINE OR EVENT** | **AGREED DATE** |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1) as amended effective December 1, 2000) | February 22, 2010 |
| Certificate of Interested Persons and Corporate Disclosure Statement | Complete |
| Motions to Add Parties or to Amend Pleadings | March 20, 2010 |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Disclosure of Expert Reports      Plaintiff: <br> Defendant: | May 14, 2010 <br> June 18, 2010 |
| Discovery Deadline | September 30, 2010 |
| Dispositive Motions, Daubert, and Markman Motions | October 28, 2010 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | January 14, 2011 |
| Joint Final Pretrial Statement | January 14, 2011 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | January 28, 2011 |
| Trial Term Begins | February 27, 2011 |
| Estimated Length of Trial | 3 days if trial by jury; 1 ½ to 2 days if non-jury trial |
| Jury / Non-Jury | Plaintiffs request a Jury trial. Opposition to Jury trial by Defendants is anticipated. |
| Mediation      Deadline: <br> Mediator: <br> Address: <br> Telephone: | Parties have agreed to mediation in Orlando and will locate a mediator in the Orlando area. |
| All Parties Consent to Proceed Before Magistrate Judge <br><br> Plaintiffs have no objection to proceeding before a Magistrate Judge. Defendants do not consent to proceed before a Magistrate Judge. | Yes____ No_ X_ <br><br> Likely to Agree in Future _____ |

**I.      Meeting of Parties in Person**

To prepare a Joint Final Pretrial Statement, *pro se* Plaintiffs and Defendants' Counsel agree to meet in person on or about January 14, 2011 in the Middle District of Florida, unless *pro se* Plaintiffs and Defendants' counsel agree on a different location. Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A),[1] a meeting was held telephonically[2] on January 20, 2010 at 11:00 am, and was attended by:

| | |
|---|---|
| ALINA A. VIRANI | *Pro Se Plaintiff* |
| ROBERT M. BROCHIN | *Counsel for Mortgage Electronic Registration Systems, Inc.* |
| N. ALEJANDRA ARROYAVE | *Counsel for Select Portfolio Servicing, Inc. and U.S. Bank National Association, as Trustee* |

**II.     Pre-Discovery Initial Disclosures of Core Information**

The Parties ____ have exchanged __X__ agree to exchange information described in Fed.R.Civ.P. 26(a)(1)(A) - (D) __XX____ on           by         February 22, 2010.

**III.    Electronic Discovery**

The Parties have discussed issues relating to disclosure or discovery of electronically stored information ("ESI"), including Pre-Discovery Initial Disclosures of Core Information in Section II above, and agree that:

X no party anticipates the disclosure or discovery of ESI in this case;

__one or more of the parties anticipate the disclosure or discovery of ESI in this case.

**Please state if there are any areas of disagreement on these issues and, if so, summarize the parties' positions on each**:

---

[1]     A copy of the Local Rules may be viewed at http://www.flmd.uscourts.gov.

[2]     The Parties filed a Joint Motion to Permit Telephonic Appearance at the Case Management Conference (D.E. 32), requesting that the Court dispense with the requirement that all parties appear in person to conduct the Case Management Conference. The Motion was granted by the Court on January 21, 2010. (D.E. 33).

There is no disagreement.

**If a preliminary pre-trial conference is requested, a motion shall also be filed pursuant to Rule 16(a), Fed.R.Civ.P.**

X all Parties agree that a hearing is not needed at this time because they expect to be able to promptly resolve these disputes without assistance of the Court.

IV.     **Agreed Discovery Plan for Plaintiffs and Defendants**

    A.     **Certificate of Interested Persons and Corporate Disclosure Statement —**

All Parties that have appeared to date in this action have filed and served a Certificate of Interested Persons and Corporate Disclosure Statement, which remains current:

_X_   Yes

_____ No                         Amended Certificate will be filed by _____

                                                    (party) on or before _____ (date).

    B.     **Discovery Not Filed —**

The Parties shall not file discovery materials with the Clerk except as provided in Local Rule 3.03.

    C.     **Limits on Discovery —**

The Parties agree that limits on discovery shall be governed by the Federal Rules of Civil Procedure and the and Local Rules for the Middle District of Florida.

    D.     **Discovery Deadline —**

The Parties agree to a discovery deadline of September 30, 2010.  Each Party shall timely serve discovery requests so that the rules allow for a response prior to the discovery deadline. The Court may deny as untimely all motions to compel filed after the discovery deadline.

    **E.**    **Disclosure of Expert Testimony** —

On or before the dates set forth in the above table for the disclosure of expert reports, the Parties agree to fully comply with Fed. R. Civ. P. 26(a)(2) and 26(e).

    **F.**    **Confidentiality Agreements** —

At this time, the Parties have identified no need for a confidentiality agreement.

**IV.**    **Settlement and Alternative Dispute Resolution.**

    **A.**    **Settlement** —

The parties agree that settlement is

\_\_\_\_\_ likely   _X_   unlikely

The parties request a settlement conference before a United States Magistrate Judge.

\_\_\_\_\_ yes   _X_   no   \_\_\_\_\_ likely to request in future

    **B.**    **Arbitration** —

Do the parties agree to arbitrate?

\_\_\_\_\_ yes   _X_   no   \_\_\_\_\_ likely to request in future

_____ Binding     _____ Non-Binding

    **C.**    **Mediation** —

The Parties have agreed on a mediator from the Court's approved list of mediators, and have agreed to the date stated in the table above as the last date for mediation.

**D. Other Alternative Dispute Resolution** —

None.

Dated: January 22, 2010.

Respectfully submitted,

    s/Alina A. Virani
    Alina A. Virani
    Azizally Virani
    2339 Princess Deanna Lane
    Katy, TX 77493
    Phone: 832.366.3526
    Email: virani0786@yahoo.com
    *Pro Se Plaintiffs*

    s/Robert M. Brochin
    Robert M. Brochin
    Florida Bar No. 0319661
    Morgan, Lewis & Bockius LLP
    5300 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, Florida  33131-2339
    Telephone:     305.415.3456
    Facsimile:     305.415.3001
    Email: rbrochin@morganlewis.com
    *Attorneys for Mortgage Electronic Registration Systems, Inc.*

    s/N. Alejandra Arroyave
    Jeffrey S. Lapin
    Florida Bar No. 993298
    N. Alejandra Arroyave
    Florida Bar No. 648981
    Lapin & Leichtling, LLP
    255 Alhambra Circle, Suite 800
    Coral Gables, Florida 33134
    Telephone: (305) 569-4100
    Facsimile: (305) 569-0000
    E-mail: JLapin@ll-lawfirm.com
    AArroyave@ll-lawfirm.com
    *Attorneys for Select Portfolio Servicing, Inc. and*
    *U.S. Bank National Association, as Trustee*