UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:09-CV-00511-ACC-DAB
Chief Judge Anne C. Conway
Magistrate Judge David A. Baker

AZIZALLY S. VIRANI, and
ALINA A. VIRANI,

    Plaintiffs,
v.

HOMEFIELD FINANCIAL, INC.;
SELECT PORTFOLIO SERVICING,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., as
nominee of Homefield Financial, Inc.; and
U.S. BANK NATIONAL ASSOCIATION,
as trustee, on behalf of the holders of the
Home Equity Trust 2005-6 Home Equity
Pass-Through Certificates, Series 2005-6,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO SETTLEMENT AGREEMENT

Plaintiffs, AZIZALLY S. VIRANI and ALINA A. VIRANI ("Viranis") and Defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association hereby submit this Stipulation to dismiss this case with prejudice.

WHEREAS, the parties participated in mediation on June 21, 2010 with Ricardo Carmona and entered into a Settlement Agreement;

WHEREAS, the Settlement Agreement provides among other things that the Viranis will dismiss this case with prejudice;

IT IS HEREBY STIPULATED by and between the parties hereto that this action shall be dismissed with prejudice as to Select Portfolio Servicing, Inc. and U.S. Bank, National Association only.

Dated June 24, 2010

_____
Azizally S. Virani

_____
Alina A. Virani
2339 Princess Deanna Lane
Katy, TX 77493
832.366.3526
Virani0786@yahoo.com

*Pro Se Plaintiffs*


Dated June 23, 2010

LAPIN & LEICHTLING

By:_____
N. Alejandra Arroyave    / FBN: 64981

Attorneys for Select Portfolio Servicing, Inc. and U.S. Bank National Association


**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that this cause is dismissed with prejudice as to Select Portfolio Servicing, Inc. And U.S. Bank, National Association.

Dated June _____, 2010.

_____
Anne C. Conway
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 24th, 2010, I mailed a true and correct copy of the foregoing document by U.S. Mail to:

**ROBERT M. BROCHIN**
*Morgan, Lewis & Brockins, LLP*
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
rbrochin@morganlewis.com

*Counsel for Mortgage Electronic Registration Systems*

**JEFFREY S. LAPIN**
**N. ALEJANDRA ARROYAVE**
**LAPIN & LEICHTLING**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: (305) 569-4100
Facsimile: (305) 569-0000
E-mail: JLapin@ll-lawfirm.com
AArroyave@ll-lawfirm.com

*Attorneys for Select Portfolio Servicing, Inc. and U.S. Bank National Association, as Trustee*

_____
Alina A. Virani, *Pro Se Plaintiff*