**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AZIZALLY S. VIRANI and ALINA A. VIRANI,**

        **Plaintiffs,**

**-vs-**                                **Case No. 6:09-cv-511-Orl-22DAB**

**HOMEFIELD FINANCIAL, INC.; SELECT PORTFOLIO SERVICING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; U.S. BANK NATIONAL ASSOCIATION,**

        **Defendants.**

_____

**ORDER**

This cause comes before the Court for consideration of Plaintiffs Azizally S. Virani and Alina A. Virani's Motion for Final Default Judgment against Defendant Homefield Financial, Inc. (Doc. No. 65), filed on June 24, 2010. On November 16, 2010, the Court entered an order instructing Plaintiffs to submit an affidavit itemizing their claimed amount of actual damages and explaining the source of such damages with specificity. (Doc. No. 72.) Plaintiff Alina A. Virani filed an affidavit (Doc. No. 73) on December 3, 2010, that itemized what she stated is the corrected amount of $156,200.69 as follows: $102,439.00 – the amount to be paid to Defendant Select Portfolio Servicing, Inc. pursuant to the settlement agreement; $46,294.95 – the total amount of loan payments made; and $7,466.74 – the closing costs.

Thus, Plaintiffs Azizally S. Virani and Alina A. Virani's Motion for Final Default Judgment against Defendant Homefield Financial, Inc. (Doc. No. 65), filed on June 24, 2010, is GRANTED. The Clerk is directed to enter a FINAL DEFAULT JUDGMENT providing that Plaintiffs Azizally S. Virani and Alina A. Virani recover from Defendant Homefield Financial, Inc. the amount of $156,200.69 with interest at the rate of 0.30 %, along with costs. The Clerk is directed to CLOSE this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, on December 29, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party